UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 97-2806-CIV-MORENO

MARK OSTERBACK, et al.,

    Plaintiffs,

vs.

HARRY K. SINGLETARY, JR., et al.,

    Defendants.
_____/



FILED by _____ D.C.

MAY 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER GRANTING IN PART MOTION TO MODIFY SCHEDULING ORDER AND ORDER SETTING TRIAL CONTINUANCE AND ORDER VACATING DATES ESTABLISHED BY SCHEDULING ORDER

THIS CAUSE came before the Court upon the parties' Joint Motion for to Modify Scheduling Order and Order Setting Trial **(docket no. 114)**, filed on **April 11, 2000**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that for good cause shown, the motion is GRANTED in part. This case is currently scheduled for trial for the two-week period beginning August 28, 2000. All dates established by the original trial notice and scheduling order are VACATED. The Court shall reset this case for trial after the pending motions to dismiss and for class certification have been ruled upon.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of May, 2000.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

115

copies provided:
U.S. Magistrate Judge Charlene H. Sorrentino

Peter M. Siegel, Esq.
Randall C. Berg, Jr., Esq.
 Florida Justice Institute, Inc.
 2870 First Union Financial Center
 200 South Biscayne Boulevard
 Miami, FL 33131

Christopher Jones, Esq.
 Florida Institutional Legal Services, Inc.
 1110-C N.W. 8th Avenue
 Gainesville, FL 32601

Kathleen M. Savor, AAG
 Office of the Attorney General
 Republic Tower, 10th Fl.
 110 Southeast Sixth Street
 Fort Lauderdale, FL 33301