**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 97-2806-CIV-MORENO

MARK OSTERBACK, et al.,

    Plaintiffs,

vs.

HARRY K. SINGLETARY, JR., et al.,

    Defendants.

_____/



FILED by _____ D.C.
JUL 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND OVERRULING DEFENDANTS' OBJECTIONS

THE MATTER was referred to the Honorable Charlene H. Sorrentino, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion to Dismiss and Require Plaintiffs to Refile under New Case Number (**docket no. 93**), filed on **December 1, 1999**, and Plaintiff's Motion for Class Certification (**docket no. 101**), filed on **January 25, 2000**. The Magistrate Judge filed a Report and Recommendation on June 16, 2000[1], and recommended that the motion to dismiss and require Plaintiffs to refile a new case be denied, and that the motion to certify the class be granted. The Court has reviewed the entire file and record. The Court has made a de novo review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

---

[1] Magistrate Judge Sorrentino filed an amendment to the Report in which she corrected a typographical error that resulted in the omission of the last two words in the report. The amendment reflects the Magistrate Judge's recommendation that the motion for class certification be granted.

1

Case No. 97-2806-CIV-MORENO

ADJUDGED that United States Magistrate Judge Charlene H. Sorrentino's Report and Recommendation is ADOPTED. Therefore, it is

ADJUDGED that the motion to dismiss require Plaintiffs to refile a new case (**d.e. #93**) is DENIED. It is also

ADJUDGED that the motion to certify the class (**d.e. #101**) is GRANTED. Finally, it is

ADJUDGED that the Defendants' objections (**d.e. # 118**) are OVERRULED.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of July, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:
U.S. Magistrate Judge Charlene H. Sorrentino

Peter M. Siegel, Esq.
Randall C. Berg, Jr., Esq.
 Florida Justice Institute, Inc.
 2870 First Union Financial Center
 200 South Biscayne Boulevard
 Miami, FL 33131

Christopher Jones, Esq.
 Florida Institutional Legal Services, Inc.
 1110-C N.W. 8th Avenue
 Gainesville, FL 32601

Kathleen M. Savor, AAG
 Office of the Attorney General
 Republic Tower, 10th Fl.
 110 Southeast Sixth Street
 Fort Lauderdale, FL 33301